No. 97. BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* BOSTON & MAINE RAILROAD ET AL.;

No. 98. MARYLAND PORT AUTHORITY ET AL. *v.* BOSTON & MAINE RAILROAD ET AL.; and

No. 99. INTERSTATE COMMERCE COMMISSION *v.* BOSTON & MAINE RAILROAD ET AL. Appeals from the United States District Court for the District of Massachusetts. (Probable jurisdiction noted, 370 U. S. 914.) The motion of *John H. Colgren* for leave to withdraw his appearance as counsel for appellees is granted. The motion for enlargement of time for oral argument is granted and 45 additional minutes are allotted to each side. MR. JUSTICE WHITE took no part in the consideration or decision of these motions. *Thomas E. Dewey* on the motion for enlargement of time for oral argument.

No. 108. INTERSTATE COMMERCE COMMISSION *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL.;

No. 109. SEA-LAND SERVICE, INC., *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL.;

No. 110. SEATRAIN LINES, INC., *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL.; and

No. 125. UNITED STATES *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. Appeals from the United States District Court for the District of Connecticut. (Probable jurisdiction noted, 371 U. S. 808.) The motion of the appellants for an allotment of additional time for oral argument is granted and 30 minutes are allotted for that purpose. *Solicitor General Cox* for the United States et al. on the motion. *Warren Price, Jr.* for appellant in No. 109 in support of the motion.

No. 773, Misc. JONES *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. Motion for leave to file petition for writ of mandamus denied.